UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:17-CR-00146-2 |
| | § | |
| MONICA ROCA-PEREZ | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial: the Defendant is a Mexican national with an immigration hold and she represents a serious risk of flight.

The evidence against the Defendant meets the probable cause standard because she has been indicted by a grand jury. The Defendant has no criminal history. The findings and conclusions contained in the Pretrial Services Report are adopted. The Defendant has an immigration hold, and faces deportation if convicted of this offense. If the Defendant is able to obtain a release of the immigration detainer and show proof that she has permission to live in the United States while this case is pending, she may re-file her motion requesting a bond.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request

of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 4th day of May, 2017.

                                              _____
                                              B. JANICE ELLINGTON
                                              UNITED STATES MAGISTRATE JUDGE